IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------ x
IN RE: ASBESTOS PRODUCTS              :
LIABILITY LITIGATION (NO. VI)         :        CIVIL ACTION NO. MDL 875
------------------------------------------------ x
This Document Relates To:             :
------------------------------------------------ x
                                      :
Cases Identified on Exhibit A         :
                                      :
                                      :
------------------------------------------------ x
```

**FILED**

JUN 1 1 2012

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

O R D E R

AND NOW, this _8th_ day of June 2012, upon Plaintiffs and Defendant Owens-

Illinois, Inc.'s Stipulation of Dismissal, it is hereby **ORDERED** that Defendant Owens-

Illinois, Inc. is dismissed without prejudice each party to bear its own costs.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
---------------------------------------------------- x
IN RE: ASBESTOS PRODUCTS                             :
LIABILITY LITIGATION (NO. VI)                        :        CIVIL ACTION NO. MDL 875
---------------------------------------------------- x
This Document Relates To:                            :
---------------------------------------------------- x
                                                     :
Cases Identified on Exhibit A                        :
                                                     :
---------------------------------------------------- x
```

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant Owens-Illinois, Inc., pursuant to Federal Rule of Civil Procedure 41(a), stipulate and agree that Defendant Owens-Illinois, Inc. shall be dismissed without prejudice each party to bear its own costs and request that the proposed order be entered without further notice.

Respectfully submitted,                              Respectfully submitted,

/s/ Michael P. Cascino                               /s/ Edward Casmere (with permission)
Michael P. Cascino                                   Edward Casmere
Cascino Vaughan Law Offices, Ltd.                    Schiff Hardin LLP
220 S. Ashland Avenue                                233 S. Wacker Dr. Suite 6600
Chicago, IL 60607                                    Chicago, Illinois 60606
(312) 944-0600                                       (312) 258-5500
mcascino@cvlo.com                                    ecasmere@schiffhardin.com

*Attorney for Plaintiffs*                            *Attorney for Defendant Owens-Illinois, Inc.*

# EXHIBIT A

| Last | First | EDPA No. |
|------|-------|----------|
| Alfter | Harold | 09-CV-60501 |
| Amos | Excell | 08-CV-89998 |
| Andris | Arthur | 10-CV-67885 |
| Bergner | Charles | 08-CV-90956 |
| Bieganski | Ronald | 09-CV-60498 |
| Black | Robert | 09-CV-64627 |
| Blackwell | Clifford | 08-CV-91234 |
| Boettcher | Henry | 09-CV-60318 |
| Bond | Joseph | 10-CV-61417 |
| Breternitz | Richard | 08-CV-90127 |
| Brown | High | 10-CV-67650 |
| Campbell | Elmer | 10-CV-61341 |
| Caturia | Frederick | 09-CV-60271 |
| Center | Clayton | 08-CV-89864 |
| Curlee | James | 08-CV-89452 |
| Earl | Darnell | 08-CV-91055 |
| Evers | Orville | 10-CV-67806 |
| Fieck | Emil | 08-CV-90162 |
| Fisher | Stanley | 08-CV-91197 |
| Fry | George | 08-CV-89448 |
| Gambill | Joe | 08-CV-91231 |
| Gilkey | Haydon | 08-CV-91088 |
| Gosz | Clarence | 10-CV-67808 |
| Gresham | Robert | 08-CV-91085 |
| Haffner | Robert | 08-CV-89863 |
| Harnisch | Henry | 09-CV-92208 |
| Hass | Laverne | 09-CV-60298 |
| Hass | Laverne | 09-CV-60267 |
| Heinrich | John | 09-CV-60513 |
| Hernandez | Alfred | 08-CV-91182 |
| Hoffman | Richard | 09-CV-60510 |
| Holme | Darrell | 08-CV-91090 |
| Holmes | Julius | 08-CV-90064 |
| Hruska | Paul | 09-CV-60482 |
| Jackson | Lawrence | 08-CV-90934 |
| Jackson | William | 08-CV-89333 |
| Jakubowski | Florian | 10-CV-67831 |

| Last | First | EDPA No. |
|------|-------|----------|
| Jordan | Doyle | 10-CV-67786 |
| Kemper | Jack | 08-CV-89498 |
| King | John | 10-CV-67665 |
| Kirk | Delbert | 08-CV-89494 |
| Koch | Leo | 08-CV-90011 |
| Kowalewski | Walter | 11-CV-64039 |
| Kraus | Robert | 10-CV-61338 |
| Krejcarek | Melvin | 10-CV-67789 |
| Krueger | Glenn | 12-CV-60020 |
| Le Pine | Francis | 10-CV-67810 |
| Leggett | John | 10-CV-67846 |
| Lerma | Alfonso | 08-CV-91410 |
| Maio | Tony | 09-CV-60465 |
| Mann | Clyde | 09-CV-61844 |
| McCurdy | James | 09-CV-64682 |
| Mea | William | 08-CV-89983 |
| Miller | Victor | 09-CV-60519 |
| Monday | Anthony | 10-CV-67856 |
| Mosley | John | 08-CV-91178 |
| Murphy | William | 08-CV-90927 |
| Mutschler | Richard | 10-CV-61339 |
| Myres | Paul | 10-CV-67730 |
| O'Brien | Harold | 08-CV-90933 |
| Pehlke | Frank | 12-CV-60049 |
| Pfile | James | 10-CV-67815 |
| Piniak | Joseph | 10-CV-67636 |
| Plaster | Millard | 10-CV-67781 |
| Pulido | Alfonso | 10-CV-67680 |
| Putt | Charles | 08-CV-89447 |
| Regner | James | 10-CV-67800 |
| Reich | Ronald | 09-CV-60523 |
| Richardson | David | 08-CV-91027 |
| Riley | Herman | 09-CV-64702 |
| Risse | Loren | 10-CV-67857 |
| Rorer | Theodore | 08-CV-91155 |
| Salaz | Michael | 08-CV-91329 |
| Sasveld | John | 08-CV-91307 |

| Last | First | EDPA No. |
|------|-------|----------|
| Scanlon | Daniel | 08-CV-89811 |
| Schibline | Michael | 10-CV-67756 |
| Schmidt | Donald | 08-CV-90063 |
| Schultz | William | 10-CV-67862 |
| Schulze | Ronald | 09-CV-60516 |
| Sienko | Ronald | 09-CV-60481 |
| Simunich | Peter | 08-CV-90115 |
| Sjaaheim | Kenneth | 08-CV-91017 |
| Smith | Albert | 10-CV-67651 |
| Spurlock | Lloyd | 10-CV-67697 |
| Stephens | John | 09-CV-64733 |
| Stump | Sam | 08-CV-89351 |
| Suhaysik | Raymond | 10-CV-61865 |
| Suver | James | 08-CV-89352 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Voigt | Chester | 10-CV-67792 |
| Voiles | Carroll | 08-CV-88686 |
| Wagner | Edward | 10-CV-67704 |
| Wallace | Walter | 08-CV-91263 |
| Washington | Gardline | 08-CV-90218 |
| Weaver | Henry | 08-CV-91304 |
| Weeks | John | 08-CV-91184 |
| Williams | Ernest | 08-CV-91062 |
| Winters | Eddie | 08-CV-91238 |
| Woldt | Lowell | 09-CV-60461 |
| Wood | Lawrence | 09-CV-60535 |
| Zunker | Emil | 10-CV-67894 |